UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID NUMBER100015511366733 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK | ) ) ) Cause No. 3:18-mj-47  MPB ) ) ) **Filed Under Seal** ) |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Pamela S. Domash, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel in the above referenced matter.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: *Pamela Domash*
Pamela S. Domash
Assistant United States Attorney